# Wilborn *v*. The State.

APPEAL from the Circuit Court of Jackson.
Tried before the Hon. J. A. BILBRO.

TALLY & HACKWORTH, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for grand larceny.
The judgment of conviction is affirmed.

Opinion by HARALSON, J.

---

# Tinsel *v*. The State.

APPEAL from the Circuit Court of Geneva.
Tried before the Hon. JOHN P. HUBBARD.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for murder, and was sentenced to be hung.
The judgment of conviction is affirmed.